IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:02CR3054 |
| v. | ) | |
| CORY S. ROTSCHAFER, | ) | ORDER GRANTING MOTION TO WITHDRAW |
| Defendant. | ) | |

IT IS ORDERED that Janice M. Lipovsky's Motion to Withdraw, filing 56, is granted:

Dated March 8, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge