IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:02CR3054 |
| CORY S. ROTSCHAFER, ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 58. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.1, the Clerk shall file defendant's Motion to Modify Condition of Release restricted.

IT IS FURTHER ORDERED that said Motion and Order be made available to case participants only.

DATED this 27th day of April, 2010.

BY THE COURT:

s/ Warren K. Urbom
The Honorable Warren K. Urbom
United States Senior District Judge