IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:02CR3054 |
| ) | |
| CORY ROTSCHAFER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 62, now set for June 8, 2010, at 12:15 p.m. until a date certain on or after August 9, 2010.  The Court, noting the Government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 4th day of August, 2010, at 12:15 p.m.  The defendant is ordered to appear at such time.

Dated this 27th day of May, 2010.

BY THE COURT:

s/ Warren K. Urbom
_____
The Honorable Warren K. Urbom
United States Senior District Judge